COM.

v.

CINTRON, F.

1506 EDA 2016

Superior Court of Pennsylvania.

06/12/2017

CP–09–CR–0003117–2014 (Bucks)

Affirmed

COM.

v.

THORNTON, B.

2021 EDA 2016

Superior Court of Pennsylvania.

06/12/2017

CP–51–CR–0830001–1990
(Philadelphia)

Affirmed

COM.

v.

JONES, J.

3598 EDA 2016

Superior Court of Pennsylvania.

06/12/2017

CP–51–CR–0014691–2007
(Philadelphia)
Affirmed

IN the INTEREST OF: J.J.B., a Minor

1035 MDA 2016

Superior Court of Pennsylvania.

06/12/2017

CP–18–JV–0000019–2016 (Clinton)
Affirmed

COM.

v.

HILL, S.

1080 MDA 2016

Superior Court of Pennsylvania.

06/12/2017
Reargument Denied 8/16/2017

CP–36–CR–0005746–2015 (Lancaster)
Vacated/Remanded